IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02097-REB-MEH

SAGEPOINT FINANCIAL, INC.,
f/k/a AIG FINANCIAL ADVISORS, INC.,
f/k/a SUNAMERICA SECURITIES, INC., and
ROBERT J. BACHMAN,

      Plaintiffs,

v.

RICHARD BROWN,
DAVID KINARD,
DONNA KINARD,
ADAM LUNDQUIST,
DAVID MINOR,
JERRY PULLIAM,
CAROL PULLIAM, and
LARRY SPAHR,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 29, 2009.**

      The Unopposed Motion to Intervene pursuant to Fed. R. Civ. P. 24(a) and Joinder to Plaintiff's Complaint [filed September 29, 2009; docket #19] is **granted**. Plaintiffs shall file an Amended Complaint identifying Robert J. Bachman as a Plaintiff and setting forth the factual allegations as described in the Unopposed Motion to Intervene consistent with Fed. R. Civ. P. 24(c) on or before **October 6, 2009**.