IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  09-cv-02097-REB-MEH | Date:   September 30, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| SAGEPOINT FINANCIAL, INC., f/k/a AIG Financial Advisors, Inc., f/k/a SunAmerica Securities, Inc., and ROBERT J. BACHMAN,         Plaintiffs, vs. RICHARD BROWN, DAVID KINARD, DONNA KINARD, ADAM LUNDQUIST, DAVID MINOR, JERRY PULLIAM, CAROL PULLIAM, and LARRY SPAHR,         Defendants. | Joseph C. Pierzchala Stephen Csajaghy  Robert Zavaglia, Jr.   Matthew M. Wolf |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 9:04 a.m.

Court calls case.  Appearances of counsel.  Also present: Jim Helfrich and Patrick Vellone.

Discussion regarding the underlying arbitration involving the parties.

Argument and discussion regarding Plaintiff SagePoint Financial, Inc.'s Motion for Leave to Engage in Limited Expedited Discovery Prior to Rule 26(f) Conference (Doc. #4, filed 9/2/09).

**ORDERED:** Plaintiff SagePoint Financial, Inc.'s Motion for Leave to Engage in Limited Expedited Discovery Prior to Rule 26(f) Conference (Doc. #4, filed 9/2/09) is GRANTED in part and DENIED in part as follows:

      1.    Each party will be allowed to take two (2) depositions.

       2.       Each party will be allowed five (5) interrogatories.  Responses to interrogatories are due on or before **October 20, 2009.**

       3.       Each party will be allowed three (3) Requests for Production of Documents.

       4.       Each party will be allowed ten (10) Requests for Admissions.

**ORDERED:**  A Status Conference is set for **October 28, 2009, at 9:45 a.m.**

Discussion regarding setting a Settlement Conference.

**Court in recess:**      9:45 a.m.  **(Hearing concluded)**
**Total time in court:**  0:41