IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02097-REB-MEH

SAGEPOINT FINANCIAL, INC., f/k/a
AIG FINANCIAL ADVISORS, INC., f/k/a
SUNAMERICA SECURITIES, INC.,

     Plaintiff,

v.

RICHARD BROWN,
DAVID KINARD,
DONNA KINARD,
ADAM LUNDQUIST,
DAVID MINOR,
JERRY PULLIAM,
CAROL PULLIAM, and
LARRY SPAHR,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter before me is the parties' **Joint Stipulation for Dismissal of Action with Prejudice** [#34] filed December 4, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Joint Stipulation for Dismissal of Action with Prejudice** [#34], filed December 4, 2009, is **APPROVED;** and

     2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 4, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge